# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130518-9

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ENVIRONMENTAL DISPOSAL
SYSTEMS, INC.,
        Plaintiff-Appellee,

v

SC: 130518-9
COA: 256671; 256820
Ingham CC: 03-000968-AZ

HAROLD R. FITCH, STEVEN E.
CHESTER, and DEPARTMENT
OF ENVIRONMENTAL QUALITY,
        Defendants-Appellee,

and

SUNOCO PARTNERS MARKETING &
TERMINALS, L.P.,
        Defendant-Appellant,

and

POLICEMEN & FIREMAN RETIREMENT
SYSTEM BOARD OF TRUSTEES,
        Intervening Plaintiff-Amicus
        Curiae.
_____/

      On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

_Corbin R. Davis_
            Clerk